AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN District of OHIO

UNITED STATES OF AMERICA

V.

RAYMOND JOSEPH NELSON

## WARRANT FOR ARREST

Case Number: 2:06 CR 110

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Raymond Joseph Nelson
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)
bank fraud

in violation of Title 18 United States Code, Section(s) 1344

James Bonini
Name of Issuing Officer

Janice Spencer
Signature of Issuing Officer

Clerk
Title of Issuing Officer

April 18, 2006 - Columbus, OH
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

1:07M17A

2006 APR 13 P 12: 21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 2:06 cr 110 |
| v. | : | 18 U.S.C. § 1344 |
| | : | |
| RAYMOND JOSEPH NELSON, | : | JUDGE FROST |
| also known as Constantinelli Nelson | : | |

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**

1. Huntington National Bank was and is a financial institution with deposits insured by the Federal Deposit Insurance Corporation.

2. Beginning on or about April 21, 2000, and continuing until on or about June 30, 2000, in the Southern District of Ohio, the defendant, RAYMOND JOSEPH NELSON, aka Constantinelli Nelson (hereinafter, RAYMOND NELSON), devised a scheme and artifice to defraud Huntington National Bank and to obtain money, funds, credits, assets, securities or other property owned by, or under the custody or control of the said Huntington National Bank by means of false and fraudulent pretenses and representations.

3. As part of his scheme and artifice to defraud and to obtain money, funds, credits, assets, securities or other property by means of false and fraudulent pretenses and representations, the defendant, RAYMOND NELSON, would and did open checking accounts with the Huntington National Bank using the name "Constantinelli Nelson" and the address of 1528 Royal Gold Drive, Columbus, Ohio 43240.

4. As part of his scheme and artifice to defraud and to obtain money, funds, credits, assets, securities or other property by means of false and fraudulent pretenses and representations, the defendant, RAYMOND NELSON, would and did deposit and cause to be deposited into one or more of the aforesaid accounts previously opened with Huntington National Bank in the name "Constantinelli Nelson" checks purportedly drawn upon a foreign account, that is, Barclays Bank, Isle of Man.

5. As a further part of his scheme and artifice to defraud and to obtain money, funds, credits, assets, securities or other property by means of false and fraudulent pretenses and representations, the defendant, RAYMOND NELSON, would and did write checks upon, and make transfers of funds between and withdrawals from the aforementioned "Constantinelli Nelson" accounts with Huntington National Bank.

6. In carrying out the activities alleged in the immediately preceding numbered paragraphs 2, 3, 4 and 5, the defendant, RAYMOND NELSON, well knew that the purported checks from Barclays were false and fraudulent and that no such genuine funds existed in any such account regarding which he had legal access.

7. Among other acts, on or about the 19th day of May, 2000, in the Southern District of Ohio, the defendant, RAYMOND NELSON, in the course of knowingly executing and attempting to execute the aforesaid scheme and artifice to defraud and with the specific intent of obtaining money, funds, credits, assets, securities or other property by means of false and fraudulent pretenses and representations, the defendant, RAYMOND NELSON, withdrew $9,000.00 in funds from one of his accounts with Huntington National Bank at a branch located at 800 North High Street, Worthington, Ohio.

8. Among other acts, on or about the 22nd day of May, 2000, in the Southern District of Ohio, the defendant, RAYMOND NELSON, in the course of knowingly executing and attempting to execute the aforesaid scheme and artifice to defraud and with the specific intent of obtaining money, funds, credits, assets, securities or other property by means of false and fraudulent pretenses and representations, the defendant, RAYMOND NELSON, deposited in one of his accounts with Huntington National Bank a Barclays check purportedly for 20,000 British pounds sterling.

9. Among other acts, on or about the 26th day of May, 2000, in the Southern District of Ohio, the defendant, RAYMOND NELSON, in the course of knowingly executing and attempting to execute the aforesaid scheme and artifice to defraud and with the specific intent of obtaining money, funds, credits, assets, securities or other property by means of false and fraudulent pretenses and representations, the defendant, RAYMOND NELSON, deposited in one of his accounts with Huntington National Bank a Barclays check purportedly for 85,000 British pounds sterling.

10. As a result of the aforesaid scheme and artifice to defraud, the defendant, RAYMOND NELSON, would and did falsely draw upon and disburse Huntington National Bank funds, checks and credits for his own personal use, resulting in a loss to that bank of $43,305.52.

All in violation of Title 18, United States Code, Section 1344.

A TRUE BILL.

S/
FOREPERSON

GREGORY G. LOCKHART
United States Attorney

GARY L. SPARTIS
Deputy Criminal Chief

# U.S. District Court
# Southern District of Ohio (Columbus)
# CRIMINAL DOCKET FOR CASE #: 2:06-cr-00110-GLF-ALL

Case title: USA v. Nelson

Date Filed: 04/13/2006

---

Assigned to: Gregory L Frost

**Defendant**

**Raymond Joseph Nelson** (1)
*also known as*
Constantinelli Nelson (1)

| **Pending Counts** | **Disposition** |
|---|---|
| BANK FRAUD (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by **Daniel Allen Brown**
United States Attorney's Office - 2
303 Marconi Boulevard
2nd Floor
Columbus, OH 43215
614-469-5715
Fax: 614-469-5653
Email: dan.brown@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/13/2006 | 1 | INDICTMENT as to Raymond Joseph Nelson (1) count(s) 1. (sem, ) (Entered: 04/14/2006) |
| 04/18/2006 | 2 | Arrest Warrant Issued in case as to Raymond Joseph Nelson. (sem, ) (Entered: 04/21/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/20/2007 08:21:35 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:06-cr-00110-GLF |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |